**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 16, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00039-CV**

---

**IN RE RAMESH KAPUR, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-38863**

---

## MEMORANDUM OPINION

Relator Ramesh Kapur filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Tamika Craft-Demming, presiding judge of the 189th District Court of Harris County, to set aside her March 21, 2023 order

granting real party in interest Hughyun International LLC's motion to vacate, modify, or correct the summary judgment and motion to extend post-judgment deadlines.[1]

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.

---

[1] Relator filed his petition on January 23, 2023, naming the Honorable Scott Dollinger as respondent and asked this court to compel Judge Dollinger to set aside his December 12, 2022 granting Hughyun's order vacating the August 16, 2022 summary order. Judge Dollinger ceased to hold the office of judge of the 189th District Court on January 1, 2023. We abated this mandamus proceeding to permit Judge Dollinger's successor, Judge Craft, to consider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b). On March 17, 2023, Judge Craft-Demming signed an order upholding Judge Dollinger's ruling. Judge Craft-Demming's March 17, 2023 order is the subject of this mandamus proceeding.